No. 1120. Santiago et al., Demandantes y Apelantes. *v.*
Noa et al., Demandados y Apelados.—Apelación procedente
de la Corte de Distrito de San Juan, Sección 1ª., en un caso
sobre reivindicación de condominio de finca urbana e indem-
nización de perjuicios.   Moción de la parte apelada para que
se desestime la apelación.   Resuelto en marzo 18, 1914.   De-
sestimada la apelación por no haberse radicado la transcrip-
ción de autos.   Abogado de los apelantes: *Sr. Eugenio Bení-
tez Castaño.*   Abogados de los apelados: *Sres. Alvarez Nava
y Domínguez.*

---

No. 1110. Hermida y Palos, Demandantes y Apelantes, *v.*
Gestera, Demandado y Apelado.—Apelación procedente de la
Corte de Distrito de San Juan, Sección 1ª., en un incidente
de aseguramiento de sentencia.   Moción de la parte apelada
para eliminar la transcripción de autos.   Resuelto en marzo 18,
1914.   Vista la regla 58 de esta corte se desestima la moción.
Abogado de los apelantes: *Sr. A. J. Amadeo.*   Abogados del
apelado: *Sres. Bosch y Soto.*

---

No. 663. El Pueblo, Demandante y Apelado, *v.* Ramírez
et al., Acusados y Apelantes.—Apelación procedente de la
Corte de Distrito de Arecibo en causa por juegos prohibidos.
Resuelto en marzo 18, 1914.   Confirmada la sentencia ape-
lada.   Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*   Los
apelantes no comparecieron.